# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON MICHAEL SALTZMAN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 10-3265 |
| | : | |
| TD BANK, N.A., | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 28th day of March, 2010, upon consideration of the defendant's motion to dismiss (Document #18), the plaintiffs' response thereto (Document #21), and the defendant's reply (Document #22), it is hereby ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Count I and Count III are DISMISSED from this action with prejudice.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.