IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON MICHAEL SALTZMAN, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | NO. 10-3265 |
| | : | |
| **TD BANK, N.A.,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 13th day of March 2012, upon consideration of the defendant's motion for summary judgment (Document #61), the plaintiffs' cross-motion for summary judgment (Document #64), and the responses thereto, IT IS HEREBY ORDERED that:

(1) The defendant's motion is GRANTED in its entirety.

(2) The plaintiffs' cross-motion is DENIED in its entirety.

(3) The plaintiffs' motion for leave to file a reply to the defendant's opposition (Document #68) is DENIED as moot.

IT IS FURTHER ORDERED that the plaintiffs' motion to alter judgment (Document #44), the plaintiffs' motion for stay of execution (Document #46), the defendant's motion to preclude the plaintiffs' expert (Document #70), Michael Henn's motion to quash *subpoena* (Document #75), and the defendant's motions *in limine* (Documents ##76, 78, 79), are DENIED as moot.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.