IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON MICHAEL SALTZMAN, et al.,<br>       **Plaintiffs,** | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 10-3265 |
| | : | |
| TD BANK, N.A.,<br>       **Defendant** | : | |
| | : | |

**O R D E R**

**AND NOW,** this  13th     day of March 2012, upon consideration of the defendant's motion for summary judgment (Document #61), the plaintiffs' cross-motion for summary judgment (Document #64), and the responses thereto, IT IS HEREBY ORDERED that:

(1)   The defendant's motion is GRANTED in its entirety.

(2)   The plaintiffs' cross-motion is DENIED in its entirety.

(3)   The plaintiffs' motion for leave to file a reply to the defendant's opposition (Document #68) is DENIED as moot.

IT IS FURTHER ORDERED that the plaintiffs' motion to alter judgment (Document #44), the plaintiffs' motion for stay of execution (Document #46), the defendant's motion to preclude the plaintiffs' expert (Document #70), Michael Henn's motion to quash *subpoena* (Document #75), and the defendant's motions *in limine* (Documents ##76, 78, 79), are DENIED as moot.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.